CAUSE No. 14-13-00963-CR <span>PD-0196-15</span>

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

GARRICK IAN HASTINGS

VS

THE STATE OF TEXAS

TRIAL COURT NUMBER

COURT OF APPEALS NUMBER

MOTION TO EXTEND TIME TO FILE
PRO-SE PETITION FOR
DISCRETIONARY REVIEW - 30 DAYS

TO THE HONORABLE JUDGES OF SAID COURT:

GARRICK IAN HASTINGS, APPELLANT, RESPECTFULLY
REQUESTS THAT THE COURT GRANT HIS MOTION TO EXTEND TIME TO
FILE HIS PETITION FOR DISCRETIONARY REVIEW IN SUPPORT OF
SAID MOTION, APPELLANT WOULD SHOW UNTO THE COURT THE
FOLLOWING:

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

I

APPELLANT'S CONVICTION AFFIRMED ON 12·02·2014 BY THE
14TH COURT OF APPEALS IN CAUSE No 14-13-00963-CR.
APPELLANT FILED A MOTION FOR REHEARING, WICH WAS DENIED
ON 01·22·2015 APPELLANTS PETITION FOR DISCRETIONARY REVIEW IS
DUE ON 02·21·2015. THIS IS APPELLANTS FIRST REQUEST
FOR AN EXTENSION TO FILE THE PETITION FOR DISCRETIONARY

PG. 1 of 4

Review.

## II

Appellant is Requesting an extension of 30 days of time so that appellant may file a pro-se Petition for Descretionary Review. An extension of time is necessary so that the Appellant, who is not an attorney, may familiarize himself with the rules governing the filing of a Petition for Discretionary Review, adequately research his case, and draft his PDR. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grant this requested extension of 30 days time to file the Appellants Petition for Discretionary Review in the above case, and extend the time for filing the petition until 02-21-2015.

Respectfully Submitted

Garrick Ian Hastings
SPN#: 02157477    cell: 2.K.2.0
1200 Baker st.
Houston, Texas 77002

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS SERVED ON COUNSEL FOR THE STATE BY MAILING SAME TO THE FOLLOWING PARTIES ON THIS THE 10TH DAY OF FEBURARY 2015.

HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE
APPELLATE DIVISION
1201 FRANKLIN, ~~SUITE 600~~ 6TH FLOOR
HOUSTON, TEXAS 77002

STATE PROSECUTING ATTORNEY
P.O. BOX 12405
AUSTIN, TEXAS 78711

APPELLANT PRO-SE
GARRICK IAN HASTINGS
SPN# 02157477   Cell: 2·K·2·0
1200 BAKER ST.
HOUSTON, TEXAS 77002

GARRICK IAN HASTINGS
VS.
THE STATE OF TEXAS

TRIAL COURT NUMBER
1403750

COURT OF APPEALS NUMBER
14-13-00963-CR

ORDER

ON THIS THE _____ DAY OF _____ 201
CAME TO BE HEARD BY THIS HONORABLE COURT,
APPELLANTS MOTION TO EXTEND TIME TO FILE PRO-SE
PETITION FOR DISCRETIONARY REVIEW - 30 DAYS, IT
APPEARS IT SHOULD BE;

GRANTED: _____

OR

DENIED: _____

AND SO IT IS ORDERED

_____
JUDGE PRESIDING